IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ADRIANUS ALKEMADE and
RACHELLE ALKEMADE,

      Plaintiffs,

vs.

QUANTA INDEMNITY CO., a
Colorado domiciled insurance
company, and GENERAL FIDELITY
INSURANCE CO., a South Carolina
domiciled insurance company,

      Defendants.

O R D E R
No. 6:12-cv-844-TC

AIKEN, Chief Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on January 8, 2013. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's

1 - ORDER

Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

Defendants have separately filed timely objections (#50 and #51), plaintiffs filed an Combined Opposition to those Objections, and defendants declined to file any reply briefs. I have, therefore, given the file of this case a <u>de novo</u> review. I ADOPT the Magistrate's Findings and Recommendation (doc. 46) as follows: the cross-motion for summary judgment (#31), motion for summary judgment (#22), Motion pursuant to Rule 56(d) to Preclude Summary Judgment (#39), and motion for partial summary judgment (#24) are denied.

IT IS SO ORDERED.

Dated this 10 day of April 2013.

_____
Ann Aiken
United States District Judge

2 - ORDER